## No. 15,194.

SMITH *v.* MADDOX, ALSO KNOWN AS MADDOX DOING
BUSINESS AS MADDOX ICE COMPANY.
(154 P. [2d] 615)

Decided December 18, 1944.

Judgment affirmed en banc on application for super-sedeas without written opinion, Mr. Justice Knous not participating.

Messrs. GARWOOD & GARWOOD, for plaintiff in error.

Mr. DAVID ROSNER, for defendant in error.